Case: 1:26-mj-000110
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 7/1/2026
Description: COMPLAINT W/ARREST WARRANT

# STATEMENT OF OFFENSE

On June 30, 2026, at approximately 12:30 p.m., Metropolitan Police Department officers responded to a call for a robbery in the 4000 block of Minnesota Avenue, NE, in Washington, D.C. Officers met with V-1 who reported as follows:

As V-1 exited a café located at 4020 Minnesota Avenue, S-1, later identified as Jemis Dezzou (the "Defendant") approached V-1, pulled a firearm from his waistband, pointed the firearm towards the ground, and snatched V-1's sunglasses from V-1's face. The Defendant also ordered V-1 to empty his pockets. After the Defendant took V-1's sunglasses, V-1 began to walk away from the Defendant. The Defendant then left the immediate area. V-1 called an associate, W-1, who called 911.

While officers were interviewing V-1 in the 4000 block of Minnesota Avenue, the Defendant walked past V-1 and officers. As the Defendant walked by, at approximately 12:45 p.m., V-1 pointed at the Defendant and told officers the Defendant was the person who had robbed V-1.

Officers stopped the Defendant. They then noticed an L-shaped object protruding from the Defendant's waistband. Officers conducted a pat down of the Defendant and felt a firearm in the Defendant's waistband. Officers then recovered from the Defendant's waistband a 9-millimeter Smith and Wesson M&P 90 with an obliterated serial number, no round in the chamber, and four 9-millimeter rounds in the magazine.




When officers stopped the Defendant, he was wearing a backpack. Police searched the backpack and found sunglasses, which V-1 later identified as the glasses taken by the Defendant, and ten additional 9-millimeter rounds of ammunition.

The recovered firearm is a weapon which will or is designed to or may readily be converted to expel a projectile by the action of an explosive. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before it was recovered in the District of Columbia.

A review of the Defendant's criminal history revealed that, at the time of this offense, the Defendant had been convicted in 2024 in Maryland Case Number C-16-CR-24-000061 of Conspiracy to Commit Robbery for which he received a sentence of fourteen years of imprisonment with all but eighteen months suspended. That crime is punishable by a term of imprisonment of greater than one year.

As such, your affiant submits that there is probable cause to charge Jemis Dezzou with a violation of 18 U.S.C. § 922(g)(1), which makes it a crime for a convicted felon to possess a firearm and ammunition.

Respectfully submitted,

Mary Vest
Detective, Badge # D2-1365
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on July 1, 2026.

HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE