**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| **v.** | : | **MAGISTRATE NO.: 26-mj-110** |
| **JEMIS DEZZOU,** | : | **VIOLATIONS:** |
| **Defendant,** | : | **18 U.S.C. § 922(g)(1)**<br>**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)** |
| | : | **22 D.C. Code § 2801**<br>**(Robbery)** |
| | : | **FORFEITURE:**<br>**18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c)** |

## I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about June 30, 2026, within the District of Columbia, **JEMIS DEZZOU** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court for Prince George County, Maryland, in case number C-16-CR-24-000061, did unlawfully and knowingly receive and possess a firearm, that is, a 9-millimeter Smith and Wesson M&P 9C, and did unlawfully and knowingly receive and possess ammunition, that is, 9-millimeter ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

**COUNT TWO**

On or about June 30, 2026, within the District of Columbia, **JEMIS DEZZOU,** by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of N.B., property of value belonging to N.B. consisting of sunglasses.

(**Robbery**, in violation of Title 22, District of Columbia Code, Section 2801)

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count One of this Information, the Defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of these offenses, including but not limited to a 9-millimeter Smith and Wesson M&P 9C and 9-millimeter ammunition.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853 (p), and Title 28, United States Code, Section 2461(c))

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Lauren Ibanez*
LAUREN IBANEZ
Assistant United States Attorney
NJ Bar No. 261642019
601 D Street, N.W. Washington, D.C. 20530
(202) 252-7566